# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BENNY HAMMONS,<br><br>        Petitioner,<br><br>vs.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>        Respondents. | Case No. 2:14-cv-01902-JAD-GWF<br><br>**ORDER** |

　　　This habeas matter is before the court on respondents' motion for enlargement of time to respond to the third-amended petition (Doc. 33). Good cause appearing,

　　　**IT IS ORDERED** that respondents' motion for enlargement of time to respond to the third-amended petition **(Doc. 33) is GRANTED**. Respondents have until October 30, 2015, to file their response.

　　　Dated September 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE