UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Benny Hammons,

    Petitioner

v.

Brian Williams, et al.,

    Respondents

2:14-cv-01902-JAD-GWF

Order

[ECF Nos. 66, 68, 70, 71, 76]

    Section 2254 petitioner Benny Hammons moves for an extension of time to file his reply to respondents' answer and respondents have filed two motions for partial waiver of this court's local rules and to seal an exhibit to their answer. I grant Hammons's request for an extension and respondents' motions.

    Respondents seek leave to file an answer in excess of the page limit and a waiver of Local Rules IA 10-3(e), which requires the cover page of each filed exhibit to include a description of the exhibit,[1] representing that adding descriptors to the cover pages of 130 exhibits in this action is unduly burdensome. Because of the large number of exhibits in this case, I waive Local Rule IA 10-3(e)'s cover-page requirement for both parties.

    Respondents also seek a waiver of LR 10-3(i), which requires paper courtesy copies of exhibits exceeding 100 pages. Because respondents have already filed about 120 of the exhibits in this case and there are only approximately ten exhibits that respondents filed in support of their answer, I grant respondents' request. Because of the size of the record in this case, I also find good cause to grant respondents' motion to file an answer in excess of 24 pages.[2]

---

[1] ECF No. 70.

[2] ECF No. 68.

**Conclusion**

Accordingly, IT IS HEREBY ORDERED that Hammons's motion for order to show cause why respondents did not file an answer **[ECF No. 66] is DENIED** as moot.

IT IS FURTHER ORDERED that respondents' motions for partial waiver of local rules **[ECF Nos. 68, 70] are GRANTED** consistent with this order.

IT IS FURTHER ORDERED that respondents' motion to seal exhibits **[ECF No. 71] is GRANTED**, and Hammons's motion for extension of time to file his reply to the answer **[ECF No. 75] is GRANTED. Hammons's reply is due by March 10, 2017.**

Dated this 10th day of February, 2017.

_____
Jennifer A. Dorsey
United States District Judge